UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HENDO WEERNINK, Individually and on behalf
of All Those Similarly Situated,
        Plaintiff(s),                        Index No. 07 CIV. 7404

  -against-                                  AFFIDAVIT OF SERVICE
LIMELIGHT NETWORKS, INC., et al.,
        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

        ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 4th day of September 2007, at approximately 12:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT JURY TRIAL DEMANDED** upon Goldman Sachs & Co. at One New York Plaza, New York, NY 10004, by personally delivering and leaving the same with Joanne Cook, Vice President, who informed deponent that she is an officer authorized by law to receive service at that address.

        Joanne Cook is a white female, approximately 40 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 130 pounds with brown hair and dark eyes wearing glasses.

_____
ROBERT MILLS #1004298

Sworn to before me this
6th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__