UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
HENDO WEERNINK, individually and on
behalf of All Those Similarly Situated,
        Plaintiff(s),

Index No. 07 CIV. 7404

-against-

AFFIDAVIT OF SERVICE

LIMELIGHT NETWORKS, INC., et al.,
        Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK   )
                    S.S.:
COUNTY OF NEW YORK)

        OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 31st day of August 2007, at approximately 11:04 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT JURY TRIAL DEMANDED** upon Jeffries & Company, Inc., c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Elena Bou, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Elena Bou is a white female, approximately 31 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 130 pounds with brown hair and brown eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
6th day of September, 2007

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW OF NY
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20_10_