UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
HENDO WEERNINK, individually and on
behalf of All Those Similarly Situated,
        Plaintiff(s),

    -against-
LIMELIGHT NETWORKS, INC., et al.,
        Defendant(s).
----------------------------------------------------X
STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

Index No. 07 CIV. 7404

AFFIDAVIT OF SERVICE

       OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 31st day of August 2007, at approximately 12:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT JURY TRIAL DEMANDED** upon Morgan Stanley & Co. Inc. at 1633 Broadway, 25th Floor, New York, NY 10019, by personally delivering and leaving the same with John Plotnick, Vice President, who informed deponent that he is an officer authorized by law to receive service at that address.

       John Plotnick is a white male, approximately 47 years of age, stands approximately 5 feet 8 inches tall and weighs approximately 175 pounds with black/gray hair and light eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
6th day of September, 2007

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW OF NY
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20__