Gideon A. Schor (GS-5932)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 8 2007
```

Boris Feldman
Ignacio E. Salceda
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants
Limelight Networks, Inc., Jeffrey W. Lunsford,
Matthew Hale, Walter D. Amaral, Joseph H.
Gleberman, Michael M. Gordon, Frederic W. Harman,
Mark A. Jung, Allan M. Kaplan, Peter J. Perrone,
David C. Peterschmidt, Nathan F. Raciborski, William H.
Rinehart, and Gary Valenzuela*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated,<br><br>                    Plaintiff,<br><br>         vs.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,<br><br>                    Defendants. | **ECF CASE**<br><br>Civ. No. 07-CV-7205 (PAC)<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF BORIS FELDMAN** |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated,<br><br>                    Plaintiff,<br><br>         vs. | **ECF CASE**<br><br>Civ. No. 07-CIV-7404 (PAC) |

|  |  |
|---|---|
| Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,<br><br>　　　　　　　　Defendants. |  |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co., Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>　　　　　　　　Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7417 (PAC)** |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated,<br><br>　　　　　　　　Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7394 (PAC)** |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff, | **ECF CASE**<br><br>**Civ. No. 07-CIV-7432 (PAC)** |

|  |  |
|---|---|
| vs.<br><br>Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W. Lunsford; Nathan F. Raciborski; and Allan M. Kaplan,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) |
| Alice Artis, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Michael M. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ECF CASE**<br><br>**Civ. No. 07-CIV-7475 (PAC)** |

THIS MATTER having been brought before the Court by defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Michael M. Gordon, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart and Gary Valenzuela (the "Limelight Defendants") for an order pursuant to Local Civil Rule 1.3 admitting Boris Feldman to appear and participate *pro hac vice* in this action on behalf of the Limelight Defendants, and for good cause shown;

IT IS on this 28 day of September, 2007;

ORDERED that Boris Feldman, being a member in good standing of the bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

_____
Honorable Paul A. Crotty
United States District Judge