SEP.20.2007 8:05PM DLS, INC. NO.794 P.1

Case 1:07-cv-07404-PAC  Document 18  Filed 10/03/2007  Page 1 of 18

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HENDO WEERNINK, Individually and on
behalf of All Those Similarly Situated,

    Plaintiff,

    -against-

LIMELIGHT NETWORKS, INC., et al.,

    Defendants.
----------------------------------------X

Case No. 07 CIV 7404

AFFIDAVIT OF SERVICE

STATE OF ARIZONA   )
             S.S.
COUNTY OF MARICOPA   )

CRAIG LOWE, being duly sworn, deposes and says that he/she is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

That on the 5th day of September, 2007, at approximately the time of 10:20 am, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT upon MARK A. JUNG at 2220 W. 14th Street, Tempe, AZ, by personally delivering and leaving the same with Controller, RITA TOCCO, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked whether MARK A. JUNG is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

RITA TOCCO is a White female, approximately 40 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 125 pounds with BRN hair.

PROCESS SERVER

Sworn to before me this
24th day of September, 2007



JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009

NOTARY PUBLIC

., Inc.
roadway
t0
NY 10013
25-1220
dlsny.com