UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAISAL MUSTAFA, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY LUNSFORD, NATHAN RACIBORSKI, ALLAN M. KAPLAN, JOSEPH H. GLEBERMAN, and PETER J. PERRONE,<br><br>Defendants. | ECF CASE<br><br>Civil No. 07-CV-7205 (PAC)<br><br><br>CLASS ACTION |

(Captions Continued. . . .)

## DECLARATION OF SERVICE

Gregory M. Nespole
Laurence J. Hasson
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
(212) 545-4600
*Attorneys for Plaintiffs Dennis Gold and Hendo Weernink*

| | |
|---|---|
| TIM RADECKI, Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN F. RACIBORSKI, ALLAN M. KAPLAN, JOSEPH H. GLEBERMAN, PETER J. PERRONE, GOLDMAN, SACHS & CO., and MORGAN STANLEY & CO., INCORPORATED,<br><br>    Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7394 (PAC)<br><br><br><br>CLASS ACTION |
| HENDO WEERNINK, Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFRIES & COMPANY, INC., PIPER JAFFRAY & CO., FRIEDMAN, BILLINGS, RAMSEY & CO., INC., JEFFREY LUNSFORD, MATTHEW HALE, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, NATHAN F. RACIBORSKI, and GARY VALENZUELA,<br><br>    Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7404 (PAC)<br><br><br><br>CLASS ACTION |

| | |
|---|---|
| SCOTT KAIRALLA, Individually and on Behalf of All Those Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MICHAL M. GORDON, WILLIAM H. RINEHART, MATTHEW HALE, NATHAN F. RACIBORSKI, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN, SACHS & CO., JEFFRIES & COMPANY, INC., MORGAN STANLEY & CO., INCORPORATED, PIPER JAFFRAY & CO. and FRIEDMAN, BILLINGS, RAMSEY & CO., INC,<br><br>            Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7417 (PAC)<br><br><br><br>CLASS ACTION |
| BENJAMIN PAUL, Individually and on Behalf of All Those Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY w. LUNSFORD, NATHAN F. RACIBORSKI, and ALLAN M. KAPLAN,<br><br>            Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7432 (PAC)<br><br>CLASS ACTION |

3

4

| | |
|---|---|
| ALICE ARTIS, Individually and on Behalf of All Those Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN RACIBORSKI, MICHAEL W. GORDON, WILLIAM H. RINEHART, ALLAN M. KAPLAN, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FEDERC W. HARMON, MARK A. JUNG, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFRIES & COMPANY, INC., PIPER JAFFRAY & CO., FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>　　　　　　　Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7475 (PAC)<br><br><br>CLASS ACTION |

## DECLARATION OF SERVICE

Gregory M. Nespole, Esq., an attorney admitted to practice law before the courts of the State of New York, hereby declares that on October 12, 2007, I caused to be served, (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel, the following documents:

1. Notice of Motion;

2. Declaration of Gregory M. Nespole in Support of Mr. Dennis Gold's Motion for Consolidation, Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel, together with Exhibits; and

3. Memorandum of Law in Support of Motion for Consolidation, Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel.

Dated: October 12, 2007

/S/
Gregory M. Nespole

490690